UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Marty A. Pittman, and wife  
Lindsy J. Pittman and Evan Smith, a  
Minor child by Mother and Next Friend,  
Lindsy J. Pittman  

        Plaintiffs,

v.

Yoandy Herrera Rodriguez  
        Defendant

Civil Action No. _____  
Jury of 12 Requested

## COMPLAINT

Come the Plaintiffs, Marty A. Pittman, and wife, Lindsy J. Pittman, and Lindsy Pittman's minor child, Evan Smith and would respectfully show the Court as follows:

1. This lawsuit arises from a Motor Vehicle Accident that occurred on March 6, 2021 on Interstate 40 in Knox County, Tennessee.

2. This action involves citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00). Therefore, this court has diversity jurisdiction pursuant to 28 U.S.C.§ 1332(a).

3. Plaintiffs Marty and Lindsy Pittman are husband and wife..

4. Mrs. Pittman and Evan Smith reside at 151 Westview Lane, Sparta, Tennessee 38583. Mr. Pittman resides at 290 James Austin Road, Sparta, Tennessee 38583.

5. Yoandy Herrera Rodriguez is a Florida resident and lives at 295 NW 57th Avenue, Apt. 504, Miami, Florida 33126-4878. Mr. Rodriguez was originally named as a defendant in the matter

1

of Pittman v. Rodriguez and Alonso Logistics Xpress, Inc, Case Number 3:21-cv-00279. The court dismissed him without prejudice on February 21, 2023 and this case is being filed less than one year thereafter.

6. At the time of the accident Mr. Rodriguez was driving a 2007 Peterbilt tractor trailer owned by Alonso Logistics Xpress, Inc (Alonso), whose address as shown on the accident report is 1334 N.W.39th Street, Miami, Florida 33142. He was driving with Alonso's permission and on their business.

7. On the afternoon of March 6, 2021, Mr. Pittman was driving Plaintiffs' 2013 Chrysler Town and Country mini-van, preceded by a number of other vehicles, on Interstate 40 Eastbound in Knox County, Tennessee when all were required to stop due to a rolling roadblock. Mrs. Pittman and Evan Smith were passengers in the mini-van. Following the Pittmans was Mr. Rodriguez, driving the Peterbilt tractor.

8. Defendant Rodriguez was operating the Peterbilt carelessly and inattentively.

9. Defendant Rodriguez did not obey the rolling roadblock and negligently drove the tractor into the rear of the Pittman's mini-van, causing it to strike one of the preceding vehicles, resulting in a five vehicle chain reaction collision. Plaintiffs were injured in the accident and their van was totaled.

10. In addition to ordinary negligence, Defendant Rodriguez was guilty of violating the following statutes:

    a) T.C.A. 55-8-124 (a) Following too closely

    b) T.C.A. 55-8-112 (a)(2) Flashing Signal

11. Defendant Rodriguez was acting in the course and scope of his employment with Alonso at the time of the accident.

12. As a result of Defendant's negligence and statutory violations, the Plaintiffs' van was damaged beyond repair and the Plaintiffs were physically injured. The Plaintiffs incurred medical expenses, ambulance expenses, and Mrs. Pittman also suffered lost income. The Pittmans also incurred ambulance and medical expenses for Mrs. Pittman's minor son, Evan Smith, who suffered minor physical injuries.

12. Mrs. Pittman sues the defendant for one million dollars for her pain, suffering, lost income and medical expenses. Mr. Pittman sues the defendants for two hundred fifty thousand dollars for his own pain, suffering and medical expenses and one hundred thousand dollars for his loss of Mrs. Pittman's consortium. Plaintiffs sue for ten thousand dollars for Evan Smith's transportation, medical expenses and injury.

13. The Pittmans demand a jury of 12.

Respectfully submitted this 20 day of March, 2023 by:

/s/ John M. Neal
John M. Neal, BPR #5920
THE NEAL LAW FIRM
Post Office Box 51930
Knoxville, TN 37950
(865) 414-6784
JNeal11254@aol.com
Attorney for Plaintiffs

3

Case 3:23-cv-00099-KAC-DCP     Document 1     Filed 03/20/23     Page 3 of 3     PageID #: 3